

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00412-CV

———————————————

CONRAD HINRICH DONNER STIFTUNG, A GERMAN FOUNDATION,
Appellant

V.

COOKS TOWN GP, LLC, A TEXAS LIMITED LIABILITY COMPANY,
Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-340001-23

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On September 17, 2024, and October 2, 2024, we warned Appellant that we would dismiss this appeal unless it paid the filing fee in accordance with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 5, 12.1(b). Appellant still has not paid the filing fee. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: October 24, 2024